**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE,

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sigfox USA LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 36-4828178 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **33 Arch St** <br> **Fl 17** <br> **Boston, MA 02110-1424** <br> Number, Street, City, State & ZIP Code | **PO Box 3043** <br> **Wakefield, MA 01880-0771** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** <br> County | **Location of principal assets, if different from principal place of business** <br><br> **33 Arch St Fl 17 Boston, MA 02110-1424** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.sigfox.us**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Sigfox USA LLC**                                      Case number (*if known*)
          Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __517919__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply.*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **Sigfox USA LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **See Attachment** | | Relationship | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Sigfox USA LLC**                                                          Case number (*if known*)
          Name

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Sigfox USA LLC**                                    Case number (*if known*)
        Name

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2022**
              MM / DD / YYYY

**X** **/s/ Kirsten Dotson**                              **Kirsten Dotson**
     Signature of authorized representative of debtor        Printed name

Title   **Financial Controller**

---

**18. Signature of attorney**

**X** **/s/ Christopher P. Simon**              Date  **March 31, 2022**
     Signature of attorney for debtor                 MM / DD / YYYY

**Christopher P. Simon**
Printed name

**CROSS & SIMON, LLC**
Firm name

**1105 N Market St Ste 901**
**Wilmington, DE 19801-1216**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 777-4200**      Email address   **csimon@crosslaw.com**

**3697**
Bar number and State

Debtor    **Sigfox USA LLC**                                          Case number (*if known*)
          _____
          Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE, WILMINGTON DIVISION

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an amended
   filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Sigfox Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When   **3/31/22** | Case number, if known | |
| Debtor | **Sigfox USA LLC** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When   **3/31/22** | Case number, if known | |

The Debtor's French affiliates (Sigfox France SAS and SigFox SA) are also subject to insolvency proceedings in France.

**SIGFOX USA, LLC**

**ACTION BY WRITTEN CONSENT**

**OF THE SOLE MEMBER OF THE**

**BOARD**

In accordance with Section 141(f) of the Delaware General Corporation Law and the Bylaws of Sigfox USA LLC, a Delaware limited liability company (the "Company"), the undersigned, constituting the sole member of the board of the Company, hereby takes the following actions and adopts the following resolutions:

<u>**SIGNING AUTHORITY:**</u>

**<u>RESOLVED:</u>** To file, take, and carry-on, any and all actions deemed necessary, appropriate, or desirable to commence and execute a voluntary petition under Chapter 7 of Title 11 of the United States Code and the finalization of books and records for fiscal years ended 2021 & 2022;

**<u>RESOLVED:</u>** That Kirsten DOTSON, be, and hereby is, authorized and empowered to execute and deliver the 1st resolution, in the name and on behalf of the Company and its subsidiaries;

This authorization shall expire on 31st of May 2022.

In accordance with the Company's Bylaws, this action may be executed in writing, or consented to by electronic transmission, in any number of counterparts, each of which, when so executed, shall be deemed to be an original and all of which taken together shall constitute one and the same action.

DocuSigned by:

*Jeremy Prince*

FE17C292C5994FB...

By: Sigfox USA LLC

Name: Jeremy Prince

On behalf of Sigfox Inc

Date: March 30th, 2022

B2030 (Form 2030) (12/15)

United States Bankruptcy Court

District Of Delaware

In re:   SIGFOX USA LLC

Case No. _____

Debtor                                                              Chapter 7

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................$5,338.00

    Prior to the filing of this statement I have received ......................$5,338.00

    Balance Due .......................................................................................$0.00

2.  The source of the compensation paid to me was:

        ☒ Debtor                    ☐ Other (specify):

3.  The source of compensation to be paid is: N/A

        ☐ Debtor                    ☐ Other (specify)

4.      ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

March 31, 2022
Date

*/s/ Kevin S. Mann* (No. 4576)
Signature of Attorney

CROSS & SIMON, LLC
Name of Law Firm

**United States Bankruptcy Court**
**District of Delaware, Wilmington Division**

IN RE:                                                                                    Case No. _____

**Sigfox USA LLC**                                                                       Chapter **7** _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March 31, 2022**_____    Signature: */s/ Kirsten Dotson*_____
                                                   **Kirsten Dotson, Financial Controller**                    Debtor


Date: _____    Signature: _____
                                                                                          Joint Debtor, if any

AAFCPAs
50 Washington St
Westborough, MA  01581-1013


Absolute Reports
Baner Road
411045 IN,


Accuhealth
200 S 10th St Ste 103
McAllen, TX  78501-4877


AgConix Inc
157 E Front St
Hazen, AR  72064


Air0
LapinlahdenkatuHelsinkiFinland Proper


AIUT Inc.
5 Century Dr
Greenville, SC  29607-1578


Albino Mambas
4740 E Bermuda St
Tucson, AZ  85712-2053

Alex Austin
6000 NE 22nd Way Apt 1D
Fort Lauderdale, FL  33308-2233


ALIZENT - AIR LIQUIDE
9807 Katy Fwy
Houston, TX  77024-1275


allMETEO
2011 Michael Ln
Schenectady, NY  12306-1033


Alok Mishra
2516 Harlow Ln
San Ramon, CA  94582-5795


ALPS Electric NA
1500 Atlantic Blvd
Auburn Hills, MI  48326-1500


Ammon & Rizos Co
Hidalgo, TX  78557


APEX-PR
B5Calle Tabonuco #134GuaynaboPuerto R

AtCreate Inc
325 Edgeview Pl Calgary Alberta T3A 4X4

Atmosphere IoT Corp
500 N McBride St
Syracuse, NY  13203-1913

AURORA INSIGHT INC
3001 Brighton Blvd
Denver, CO  80216-5077

Ayga
Theodomiro Proto da Fonseca Ave 3101 / 9

Bemis Manufacturing
300 Mill St
Sheboygan Falls, WI  53085-1807

Bonafide Management Systems
241 Lombard St
Thousand Oaks, CA  91360-5807

Box ID Systems Gmbh
761 Lake Rd S
Mobile, AL  36601

Brandenburg
3780 Rider Trl S
Earth City, MO  63045-1113


BuildingLink
85 5th Ave Fl 3
New York, NY  10003-3019


CAMCON Technologies Group Inc.
19011 Ninth Line Mt Albert Ontario L0G 1


Cardiac Science Corporation
N7W22025 Johnson Dr
Waukesha, WI  53186-1856


Catalyst Business Partners LLC
6203 San Ignacio Ave
San Jose, CA  95119-1371


CCEI INC
4295 rue d'Iberville Montreal Quebec H2H


CCP TECHNOLOGIES LTD
Suite 2022 2 St Kilda Road St Kilda Vict

Chawqi Boutebiba
507 E 176th St Apt 404
Bronx, NY  10457-6234


CM Telematics
101 Main St
Cambridge, MA  02142-1519


COBAMA
511000  Legaria  Mexico


Comptus
202 Tamarack Rd
Thornton, NH  03285-6867


CONNECTED FINLAND
Höytämöntie 6 / 33880 Lempäälä / FI


CONNECTED INVENTIONS OY
Metsänneidonkuja 12 / 02130 Espoo / FI


Courageous Sailing
115 Ellery St Apt 1
Cambridge, MA  02138-4313

DAHULT
1925 N Maud Ave # 2
Chicago, IL  60614-8148


DC WATER & SEWER AUTHORITY
5000 Overlook Ave SW
Washington, DC  20032-5212


DHL Express
16855 Northchase Dr Ste 400
Houston, TX  77060-6006


DIGI-KEY ELECTRONICS
TheresienhoeheMunich☐80339Germany


EXOSITE
275 Market St Ste 535
Minneapolis, MN  55405-1650


FAT Mongoose Technologies Inc
85 Northwest Blvd
Nashua, NH  03063-4068


Federal Express Corporation
PO Box 371741
Pittsburgh, PA  15250-7741

foresight-ai inc
14803 Forest Rd Unit 266
Forest, VA  24551-9010


Fox-Tech Technology Co.
2352 San Juan Rd
Aromas, CA  95004-9100


Garrett Technologies Inc.
1955 Techny Rd
Northbrook, IL  60062-5359


GEODIS Wilson USA LLC
2000 Arthur Ave Ste A
Elk Grove Village, IL  60007-6028


GLEN CANYON CORPORATION
498 Glen Canyon Ct
Santa Cruz, CA  95060-1655


Global Eletronics Industria Comercio
92718-065 / BR


Global Quality Corp
200 W Pike St Ste 500
Covington, KY  41011-2370

Gloucester Innovation LLC
8 Hesperus Cir
Gloucester, MA  01930-5205


Good Peddels, LLC
13123 E Emerald Coast Pkwy
Inlet Beach, FL  32461-9604


Handyman Express
10 Canterbury Hill Rd
Topsfield, MA  01983-1522


Hobbyist
1594 Willowdale Dr
San Jose, CA  95118-1345


Hygio
396 Washington St Ste 321
Wellesley, MA  02481-6209


Hyperion Partners
7485 W Badura Ave Ste 101
Las Vegas, NV  89044


INT FOOD SERVICES CORP SA
y Amazonas Edif. Belmonte 126 / 170507 Q

Intech Medical Wayvio
10325 58th Pl
Kenosha, WI   53144-7872


IoT Metrology Solutions Meter Systems
5274 Scotts Valley Dr Ste 107
Scotts Valley, CA   95066-3538


JustDesign Cooperative
1839 S Troy St
Chicago, IL   60623-2262


K&M Systems Inc.
2168 Balboa Ave
San Diego, CA   92109-4600


Kirz Internet
TH


Kryton International Inc
1645East Kent Ave NorthVancouverBriti


KS TECHNOLOGIES LLC
1910 Vindicator Dr # Colorado
Colorado Springs, CO   80919-3623

KS TECHNOLOGIES LLC
1910 Vindicator Dr
Colorado Springs, CO  80919-3623


La Loma Projects Canada Corp
f#vr-76RAINIER PLACEVancouverBritish


Last Mile Technology, LLC
7010 W 107th St
Overland Park, KS  66212-1810


Libelula
14401 Export Rd
Laredo, TX  78045-7945


Linde Digital
175 E Park Dr
Tonawanda, NY  14150-7844


Lockdown Inc
2381 Rockaway Industrial Blvd NW
Conyers, GA  30012-3494


Losant IOT, INC
1100 Sycamore St
Cincinnati, OH  45202-1361

Maturix ApS
Thomas B. Thrigesgade 42B, st.Odense


Mazzetti, Inc
220 Montgomery St Ste 650
San Francisco, CA  94104-3455


MCCI Corporation
3520 Krums Corners Rd # 9169
Ithaca, NY  14850-9169


Me Avisa
Rua Joinville 89237-430 Brazil


Michael Tenbrock
935
PO Box SAVAGE
Savage, MD  20763


Minerva Automation, Inc
1600 Parkwood Cir SE
Atlanta, GA  30339-2119


MobiniSoft
12917 Circle Dr
Rockville, MD  20850-3718

Mopeka Products, LLC Jonathan Kaufmann
327 Pagoda Oak
San Antonio, TX  78230-5619


Motivate International, Inc
220 36th St Ste 3A
Brooklyn, NY  11232-2545


MOUSER ELECTRONICS
1000 N Main St
Mansfield, TX  76063-1514


NANOTHINGS INC
1141 Humboldt St
Santa Rosa, CA  95404-3324


Nextop Corp
7901 4th Street 300 St
Saint Petersburg, FL  33702


NorCal High School Cycling Leauge
1141 Humboldt St
Santa Rosa, CA  95404-3324


NXT-IoT
AVENIDA MICHOACANHIPODROMOCiudad de Me

Optimaze Inc
156 2nd St
San Francisco, CA  94105-3724


Outfront Media LLC
New York, NY  10013


Pacific Rim Consulting Group
1776 Park Ave
Park City, UT  84060-5148


Parapraxis AgN LLC
649 Reeves St Unit 5318
Woodstock, GA  30188-1879


PECO Pallets
2 Bridge St Ste 210
Irvington, NY  10533-1594


Pest Pulse Limited
Anne Brady McQuillans DFK, Iveagh Court,
Dublin 2DublinD02R640


PFK Electronics
488Umbilo RdDurban4001South Africa

PIP IOT
404 BARBADOES STREET / CANTERBURY 8013 /


PIZZA HUT SINGAPORE PTE LTD
61 TAI SENG AVENUE / SINGAPORE 534167 /


PNI Sensor Corporation
2331 Circadian Way
Santa Rosa, CA  95407-5437


Praxair US
125 Lincoln Blvd
Kenmore, NY  14217-2349


PRICE WATER HOUSE COOPERS
300 Madison Ave
New York, NY  10017-6232


Prototype House
2140 S Dixie Hwy
Miami, FL  33133-2463


Radio Bridge Inc.
6272 Boone Ave N
Minneapolis, MN  55428-2729

Range Technologies, Inc
4915 Hampden Ln Unit 609
Bethesda, MD  20814-3710


Ratsense
Hawthorn / SG


Raymar Information Technology, Inc.
7325 Roseville Rd
Sacramento, CA  95842-1600


REFACTORY
451 Washington Ave
Brooklyn, NY  11238-1836


Retail Innovation Solutions LLC
15750 N 102nd St
Scottsdale, AZ  85255-8618


Ridaro Inc
2008 N Goldenrod Rd
Orlando, FL  32807-8544


Romek
12 Alexis Ln
Sandown, NH  03873-2167

Rubit, LLC
7600 Ambergate Pl Apt F202
Riverside, CA  92504-2668


Schneider Electric NA
800 Federal St
Andover, MA  01810-1067


Secufy GmbH
WeidmannstrasseMainz 55131Germany


Seecago, Inc
3690 Airport Rd
Boca Raton, FL  33431-6454


Semios Technologies INC
101-887Great Northen wayVancouverBrit


SENSEABILITY SOLUTIONS INC
373 Weatherstone Pl
Alpharetta, GA  30004-5705


sensohive
Wichmandsgade / DK

Sensolus NV
Rijsenbergstraat 148 / 9000 Ghent / BE


Services For All Generations
3560 SE 79th Ave
Portland, OR  97206-2372


ShadowTrack247
45 Park Ridge Dr
Fletcher, NC  28732-9339


Sierra Medical International
15 Hammond Ste 311
Irvine, CA  92618-1634


SIGFOX FRANCE SAS
425 Jean Rostand Labege  31670 France


SIGFOX INC
33 Arch St
Boston, MA  02110-1424


SIGFOX INC
11450 Pagemill Rd
Dallas, TX  75243-5506

```
SIGFOX NIP
33 Arch St Fl 17
Boston, MA  02110-1424


SIGFOX SPAIN
Calle VelazquezMadridMadrid28020Spai


SIGFROG S.R.O. IO FROG
Novoveska 42 17/35 / 400 03 Usti nad Lab


Simple Hardware
Nad Spadem 12 / 147 00 Prague / CZ


Smart Yields Inc.
2909 Waialae Ave # 18
Honolulu, HI  96826-1833


Soracom Global, Inc
10400 NE 4th St Fl 5
Bellevue, WA  98004-5174


Spectrum
3600 Thayer Ct
Aurora, IL  60504-6183
```

Spiwil Technologies LLC
2541 Hyde Manor Dr NW
Atlanta, GA   30327-1131


Sqwidsol
96 Koranna Avenue / Doringkloof / ZA


State University of New York at Buffalo
418 Crofts Hall
Buffalo, NY   14260-7003


Tago LLC
1017 Main Campus Dr Ste 2300
Raleigh, NC   27606-5512


Tenaris Koppel Steel
6403 6th Ave
Koppel, PA   16136


Tetra West Technology, Inc
11875 W Little York Rd
Houston, TX   77041-4733


The Climate Corporation
201 3rd St Ste 1100
San Francisco, CA   94103-3149

The GoodYear Tire & Company
200 E Innovation Way
Akron, OH  44316-0001


The Minte
30 W Superior St Fl 2
Chicago, IL  60654


The University of Tulsa
1204 S Harvard Ave
Tulsa, OK  74112-4916


The Wireless Registry
1015 15th St
Washington, DC  20011


THINXTRA LTD
53Berry Street, Suite 6.01North Sydney


Timbergrove Solutions
3302 Canal St
Houston, TX  77003-1832


Touchworks
11956 Mil Pitrero Rd
San Diego, CA  92128-5282

Traksens Inc.
14155 Pontlavoy Ave # Santa Fe
Santa Fe Springs, CA  90670-4934


True Trax
888 W E St
San Diego, CA  92101-5912


Ubees Inc.
33 E 17th St
New York, NY  10003-2005


Unified Business Technologies, Inc.
353 Indusco Ct
Troy, MI  48083-4646


University of Chicago
PO Box 1017
South Bend, IN  46624-1017


University of Colorado
4001 Discovery Dr
Boulder, CO  80303-7817


University of Nebraska at Omaha
172C The Peter Kiewit Institute
Omaha, NE  68101

US CUBED
1250 Pioneer Way
El Cajon, CA   92020-1674


US GlobalSat
14740 Yorba Court Chino  91710


Utility Systems Science & Software
601 Parkcenter Dr
Santa Ana, CA   92705-3522


Vallourec
2107 Citywest Blvd
Houston, TX   77042-2827


Veerum Inc.
5258 Ave SW #3400 Calgary Alberta T2P 1


Version 2.0 Communications, LLC
500 Harrison Ave Ste 401R
Boston, MA   02118-2872


Walt Disney Attractions Technology LLC
1375 E Buena Vista Dr Fl 4
Orlando, FL   32830-8402

Water Cents LLC
2931 Melanie Ln
Oakton, VA  22124-1812


Webee Corporation
205 Ravendale Drive Mtn
Mountain View, CA  94043


WeRadiate
2655 Millersport Hwy
Getzville, NY  14068-7099


White River Irrigation District
207 E Front St
Hazen, AR  72064-8255


White Water Irrigation District
157 E Front St
Hazen, AR  72064


WindSmart LLC
3716 Ingersoll Ave
Des Moines, IA  50312-3440


Wise Ally Holdings Limited
38 Wang Chiu Road / Kowloon Bay / HK

Wise Telemetry
246 Hickory Heights Dr
Bridgeville, PA  15017-1083


WOLFSDORF ROSENTHAL LLP
1416 2nd St
Santa Monica, CA  90401-2302


Woodstream
29 E King St
Lancaster, PA  17602-2852


WP Engine
504 Lavaca St Ste 1000
Austin, TX  78701-2857


X-ION
10789 W Parkhill Ave
Littleton, CO  80127-5552


Yum Connect, LLC
3301 Stober Ave
Louisville, KY  40213-1890