# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 4/1/2022 |
| Case: 22−10275−MFW | Form ID: pdf341 | Total: 174 |

**Recipients of Notice of Electronic Filing:**
```
ust    U.S. Trustee            USTPRegion03.WL.ECF@USDOJ.GOV
tr     George L. Miller        gmiller@mctllp.com
aty    Christopher Page Simon  csimon@crosslaw.com
aty    George L. Miller        gmiller@mctllp.com
aty    Kevin Scott Mann        kmann@crosslaw.com
```
TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db         Sigfox USA LLC          33 Arch St.       Fl. 17        Boston, MA 02110−1424
17442329   AAFCPAs         50 Washington St       Westborough, MA 01581−1013
17442334   AIUT Inc.       5 Century Dr       Greenville, SC 29607−1578
17442337   ALIZENT − AIR LIQUIDE       9807 Katy Fwy       Houston, TX 77024−1275
17442340   ALPS Electric NA        1500 Atlantic Blvd       Auburn Hills, MI 48326−1500
17442342   APEX−PR         B5 Calle Tabonuco #134       Guaynabo, Puerto Rico
17442345   AURORA INSIGHT INC       3001 Brighton Blvd       Denver, CO 80216−5077
17442330   Absolute Reports        Baner Road       411045 IN,
17442331   Accuhealth      200 S 10th St Ste 103       McAllen, TX 78501−4877
17442332   AgConix Inc     157 E Front St       Hazen, AR 72064
17442333   Air0    Lapinlahdenkatu Helsinki Finland Proper
17442335   Albino Mambas       4740 E Bermuda St       Tucson, AZ 85712−2053
17442336   Alex Austin     6000 NE 22nd Way Apt 1D       Fort Lauderdale, FL 33308−2233
17442339   Alok Mishra     2516 Harlow Ln       San Ramon, CA 94582−5795
17442341   Ammon & Rizos Co        Hidalgo, TX 78557
17442343   AtCreate Inc    325 Edgeview Pl       Calgary, Alberta, T3A 4X4       Canada
17442344   Atmosphere IoT Corp     500 N McBride St       Syracuse, NY 13203−1913
17442346   Ayga    Theodomiro Proto da Fonseca Ave 3101 / 9
17442347   Bemis Manufacturing     300 Mill St       Sheboygan Falls, WI 53085−1807
17442348   Bonafide Management Systems        241 Lombard St       Thousand Oaks, CA 91360−5807
17442349   Box ID Systems Gmbh     761 Lake Rd S       Mobile, AL 36601
17442350   Brandenburg     3780 Rider Trl S       Earth City, MO 63045−1113
17442351   BuildingLink        85 5th Ave Fl 3       New York, NY 10003−3019
17442352   CAMCON Technologies Group Inc.     19011 Ninth Line       Mt Albert, Ontario, L0G 1
17442355   CCEI INC        4295 rue d'Iberville       Montreal Quebec H2H
17442356   CCP TECHNOLOGIES LTD        Suite 202 22 St Kilda Road       St Kilda Vict
17442358   CM Telematics       101 Main St       Cambridge, MA 02142−1519
17442359   COBAMA      511000 Legaria       Mexico
17442361   CONNECTED FINLAND       Hytmntie 6 / 33880       Lempl / FI
17442362   CONNECTED INVENTIONS OY     Metsnneidonkuja 12 / 02130       Espoo / FI
17442353   Cardiac Science Corporation     N7W22025 Johnson Dr       Waukesha, WI 53186−1856
17442354   Catalyst Business Partners LLC      6203 San Ignacio Ave       San Jose, CA 95119−1371
17442357   Chawqi Boutebiba        507 E 176th St Apt 404       Bronx, NY 10457−6234
17442360   Comptus         202 Tamarack Rd       Thornton, NH 03285−6867
17442363   Courageous Sailing      115 Ellery St Apt 1       Cambridge, MA 02138−4313
17442364   DAHULT      1925 N Maud Ave # 2       Chicago, IL 60614−8148       DC WATER & SEWER
           AUTHORITY       5000 Overlook Ave SW       Washington, DC 20032−5212
17442365   DHL Express     16855 Northchase Dr Ste 400       Houston, TX 77060−6006
17442366   DIGI−KEY ELECTRONICS        Theresienhoehe Munich 80339 Germany
17442679   Department of Labor     Division of Unemployment Insurance       P.O. Box 9953       Wilmington, DE
           19809
17442367   EXOSITE     275 Market St Ste 535       Minneapolis, MN 55405−1650
17442368   FAT Mongoose Technologies Inc       85 Northwest Blvd       Nashua, NH 03063−4068
17442369   Federal Express Corporation     PO Box 371741       Pittsburgh, PA 15250−7741
17442371   Fox−Tech Technology Co.     2352 San Juan Rd       Aromas, CA 95004−9100
17442373   GEODIS Wilson USA LLC       2000 Arthur Ave Ste A       Elk Grove Village, IL 60007−6028
17442374   GLEN CANYON CORPORATION         498 Glen Canyon Ct       Santa Cruz, CA 95060−1655
17442372   Garrett Technologies Inc.       1955 Techny Rd       Northbrook, IL 60062−5359
17442375   Global Eletronics Industria Comercio        92718−065 / BR
17442376   Global Quality Corp     200 W Pike St Ste 500       Covington, KY 41011−2370
17442377   Gloucester Innovation LLC       8 Hesperus Cir       Gloucester, MA 01930−5205
17442378   Good Peddels, LLC       13123 E Emerald Coast Pkwy       Inlet Beach, FL 32461−9604
17442379   Handyman Express        10 Canterbury Hill Rd       Topsfield, MA 01983−1522
17442380   Hobbyist        1594 Willowdale Dr       San Jose, CA 95118−1345
17442381   Hygio   396 Washington St Ste 321       Wellesley, MA 02481−6209
17442382   Hyperion Partners       7485 W Badura Ave Ste 101       Las Vegas, NV 89044
17442383   INT FOOD SERVICES CORP SA       y Amazonas Edif. Belmonte 126 / 170507 Q
17442384   Intech Medical Wayvio        10325 58th Pl       Kenosha, WI 53144−7872
```

| | | | | |
|---|---|---|---|---|
| 17442385 | IoT Metrology Solutions Meter Systems | 5274 Scotts Valley Dr Ste 107 | Scotts Valley, CA 95066–3538 | |
| 17442386 | JustDesign Cooperative | 1839 S Troy St | Chicago, IL 60623–2262 | |
| 17442387 | K&M Systems Inc. | 2168 Balboa Ave | San Diego, CA 92109–4600 | |
| 17442391 | KS TECHNOLOGIES LLC | 1910 Vindicator Dr | Colorado Springs, CO 80919–3623 | |
| 17442390 | KS TECHNOLOGIES LLC | 1910 Vindicator Dr # Colorado | Colorado Springs, CO 80919–3623 | |
| 17442388 | Kirz Internet | TH | | |
| 17442389 | Kryton International Inc | 1645 East Kent Ave North | Vancouver British Columbia | Canada |
| 17442392 | La Loma Projects Canada Corp | f#vr–76 RAINIER PLACE | Vancouver British Columbia | Canada |
| 17442393 | Last Mile Technology, LLC | 7010 W 107th St | Overland Park, KS 66212–1810 | |
| 17442394 | Libelula | 14401 Export Rd | Laredo, TX 78045–7945 | |
| 17442395 | Linde Digital | 175 E Park Dr | Tonawanda, NY 14150–7844 | |
| 17442396 | Lockdown Inc | 2381 Rockaway Industrial Blvd NW | Conyers, GA 30012–3494 | |
| 17442397 | Losant IOT, INC | 1100 Sycamore St | Cincinnati, OH 45202–1361 | |
| 17442400 | MCCI Corporation | 3520 Krums Corners Rd # 9169 | Ithaca, NY 14850–9169 | |
| 17442407 | MOUSER ELECTRONICS | 1000 N Main St | Mansfield, TX 76063–1514 | |
| 17442398 | Maturix ApS | Thomas B. Thrigesgade 42B, st. Odense | | |
| 17442399 | Mazzetti, Inc | 220 Montgomery St Ste 650 | San Francisco, CA 94104–3455 | |
| 17442401 | Me Avisa | Rua Joinville 89237–430 | Brazil | |
| 17442402 | Michael Tenbrock | PO Box 935 | Savage, MD 20763 | |
| 17442403 | Minerva Automation, Inc | 1600 Parkwood Cir SE | Atlanta, GA 30339–2119 | |
| 17442404 | MobiniSoft | 12917 Circle Dr | Rockville, MD 20850–3718 | |
| 17442405 | Mopeka Products, LLC Jonathan Kaufmann | 327 Pagoda Oak | San Antonio, TX 78230–5619 | |
| 17442406 | Motivate International, Inc | 220 36th St Ste 3A | Brooklyn, NY 11232–2545 | |
| 17442408 | NANOTHINGS INC | 1141 Humboldt St | Santa Rosa, CA 95404–3324 | |
| 17442411 | NXT–IoT | AVENIDA MICHOACAN HIPODROMO Ciudad de Me | | |
| 17442409 | Nextop Corp | 7901 4th Street 300 St | Saint Petersburg, FL 33702 | |
| 17442410 | NorCal High School Cycling Leauge | 1141 Humboldt St | Santa Rosa, CA 95404–3324 | |
| 17442412 | Optimaze Inc | 156 2nd St | San Francisco, CA 94105–3724 | |
| 17442413 | Outfront Media LLC | New York, NY 10013 | | |
| 17442416 | PECO Pallets | 2 Bridge St Ste 210 | Irvington, NY 10533–1594 | |
| 17442418 | PFK Electronics | 488 Umbilo Rd | Durban 4001 South Africa | |
| 17442419 | PIP IOT | 404 BARBADOES STREET / CANTERBURY 8013 / | | |
| 17442420 | PIZZA HUT SINGAPORE PTE LTD | 61 TAI SENG AVENUE / SINGAPORE 534167 / | | |
| 17442421 | PNI Sensor Corporation | 2331 Circadian Way | Santa Rosa, CA 95407–5437 | |
| 17442423 | PRICE WATER HOUSE COOPERS | 300 Madison Ave | New York, NY 10017–6232 | |
| 17442414 | Pacific Rim Consulting Group | 1776 Park Ave | Park City, UT 84060–5148 | |
| 17442415 | Parapraxis AgN LLC | 649 Reeves St Unit 5318 | Woodstock, GA 30188–1879 | |
| 17442417 | Pest Pulse Limited | Anne Brady McQuillans DFK, Iveagh Court, | Dublin 2 Dublin D02R640 , | |
| 17442422 | Praxair US | 125 Lincoln Blvd | Kenmore, NY 14217–2349 | |
| 17442424 | Prototype House | 2140 S Dixie Hwy | Miami, FL 33133–2463 | |
| 17442429 | REFACTORY | 451 Washington Ave | Brooklyn, NY 11238–1836 | |
| 17442425 | Radio Bridge Inc. | 6272 Boone Ave N | Minneapolis, MN 55428–2729 | |
| 17442426 | Range Technologies, Inc | 4915 Hampden Ln Unit 609 | Bethesda, MD 20814–3710 | |
| 17442427 | Ratsense | Hawthorn / SG | | |
| 17442428 | Raymar Information Technology, Inc. | 7325 Roseville Rd | Sacramento, CA 95842–1600 | |
| 17442430 | Retail Innovation Solutions LLC | 15750 N 102nd St | Scottsdale, AZ 85255–8618 | |
| 17442431 | Ridaro Inc | 2008 N Goldenrod Rd | Orlando, FL 32807–8544 | |
| 17442432 | Romek | 12 Alexis Ln | Sandown, NH 03873–2167 | |
| 17442433 | Rubit, LLC | 7600 Ambergate Pl Apt F202 | Riverside, CA 92504–2668 | |
| 17442438 | SENSEABILITY SOLUTIONS INC | 373 Weatherstone Pl | Alpharetta, GA 30004–5705 | |
| 17442444 | SIGFOX FRANCE SAS | 425 Jean Rostand Labege | 31670 France | |
| 17442446 | SIGFOX INC | 11450 Pagemill Rd | Dallas, TX 75243–5506 | |
| 17442445 | SIGFOX INC | 33 Arch St | Boston, MA 02110–1424 | |
| 17442447 | SIGFOX NIP | 33 Arch St Fl 17 | Boston, MA 02110–1424 | |
| 17442448 | SIGFOX SPAIN | Calle Velazquez Madrid | Madrid 28020 Spain | |
| 17442449 | SIGFROG S.R.O. IO FROG | Novoveska 42 17/35 / 400 03 | Usti nad Lab | |
| 17442434 | Schneider Electric NA | 800 Federal St | Andover, MA 01810–1067 | |
| 17442435 | Secufy GmbH | Weidmannstrasse Mainz | 55131 Germany | |
| 17442436 | Seecago, Inc | 3690 Airport Rd | Boca Raton, FL 33431–6454 | |
| 17442437 | Semios Technologies INC | 101–887 Great Northen way | Vancouver British Columbia | Canada |
| 17442440 | Sensolus NV | Rijsenbergstraat 148 / 9000 Ghent / BE | | |
| 17442441 | Services For All Generations | 3560 SE 79th Ave | Portland, OR 97206–2372 | |
| 17442442 | ShadowTrack247 | 45 Park Ridge Dr | Fletcher, NC 28732–9339 | |
| 17442443 | Sierra Medical International | 15 Hammond Ste 311 | Irvine, CA 92618–1634 | |
| 17442450 | Simple Hardware | Nad Spadem 12 / 147 00 | Prague / CZ | |
| 17442451 | Smart Yields Inc. | 2909 Waialae Ave # 18 | Honolulu, HI 96826–1833 | |
| 17442452 | Soracom Global, Inc | 10400 NE 4th St Fl 5 | Bellevue, WA 98004–5174 | |
| 17442453 | Spectrum | 3600 Thayer Ct | Aurora, IL 60504–6183 | |
| 17442454 | Spiwil Technologies LLC | 2541 Hyde Manor Dr NW | Atlanta, GA 30327–1131 | |
| 17442455 | Sqwidsol | 96 Koranna Avenue / | Doringkloof / ZA | |
| 17442456 | State University of New York at Buffalo | 418 Crofts Hall | Buffalo, NY 14260–7003 | |
| 17442678 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 17442465 | THINXTRA LTD | 53 Berry Street, Suite 6.01 | North Sydney, Australia | |
| 17442457 | Tago LLC | 1017 Main Campus Dr Ste 2300 | Raleigh, NC 27606–5512 | |
| 17442458 | Tenaris Koppel Steel | 6403 6th Ave | Koppel, PA 16136 | |

| | | | |
|---|---|---|---|
| 17442459 | Tetra West Technology, Inc | 11875 W Little York Rd | Houston, TX 77041–4733 |
| 17442460 | The Climate Corporation | 201 3rd St Ste 1100 | San Francisco, CA 94103–3149 |
| 17442461 | The GoodYear Tire & Company | 200 E Innovation Way | Akron, OH 44316–0001 |
| 17442462 | The Minte | 30 W Superior St Fl 2 | Chicago, IL 60654 |
| 17442463 | The University of Tulsa | 1204 S Harvard Ave | Tulsa, OK 74112–4916 |
| 17442464 | The Wireless Registry | 1015 15th St | Washington, DC 20011 |
| 17442466 | Timbergrove Solutions | 3302 Canal St | Houston, TX 77003–1832 |
| 17442467 | Touchworks | 11956 Mil Pitrero Rd | San Diego, CA 92128–5282 |
| 17442468 | Traksens Inc. | 14155 Pontlavoy Ave # Santa Fe | Santa Fe Springs, CA 90670–4934 |
| 17442469 | True Trax | 888 W E St | San Diego, CA 92101–5912 |
| 17442475 | US CUBED | 1250 Pioneer Way | El Cajon, CA 92020–1674 |
| 17442476 | US GlobalSat | 14740 Yorba Court | Chino, CA 91710 |
| 17442470 | Ubees Inc. | 33 E 17th St | New York, NY 10003–2005 |
| 17442471 | Unified Business Technologies, Inc. | 353 Indusco Ct | Troy, MI 48083–4646 |
| 17442472 | University of Chicago | PO Box 1017 | South Bend, IN 46624–1017 |
| 17442473 | University of Colorado | 4001 Discovery Dr | Boulder, CO 80303–7817 |
| 17442474 | University of Nebraska at Omaha | 172C The Peter Kiewit Institute | Omaha, NE 68101 |
| 17442477 | Utility Systems Science & Software | 601 Parkcenter Dr | Santa Ana, CA 92705–3522 |
| 17442478 | Vallourec | 2107 Citywest Blvd | Houston, TX 77042–2827 |
| 17442479 | Veerum Inc. | 525 8 Ave SW #3400 | Calgary Alberta T2P 1 Canada |
| 17442480 | Version 2.0 Communications, LLC | 500 Harrison Ave Ste 401R | Boston, MA 02118–2872 |
| 17442490 | WOLFSDORF ROSENTHAL LLP | 1416 2nd St | Santa Monica, CA 90401–2302 |
| 17442492 | WP Engine | 504 Lavaca St Ste 1000 | Austin, TX 78701–2857 |
| 17442481 | Walt Disney Attractions Technology LLC | 1375 E Buena Vista Dr Fl 4 | Orlando, FL 32830–8402 |
| 17442482 | Water Cents LLC | 2931 Melanie Ln | Oakton, VA 22124–1812 |
| 17442484 | WeRadiate | 2655 Millersport Hwy | Getzville, NY 14068–7099 |
| 17442483 | Webee Corporation | 205 Ravendale Drive Mtn | Mountain View, CA 94043 |
| 17442485 | White River Irrigation District | 207 E Front St | Hazen, AR 72064–8255 |
| 17442486 | White Water Irrigation District | 157 E Front St | Hazen, AR 72064 |
| 17442487 | WindSmart LLC | 3716 Ingersoll Ave | Des Moines, IA 50312–3440 |
| 17442488 | Wise Ally Holdings Limited | 38 Wang Chiu Road / Kowloon Bay / HK | |
| 17442489 | Wise Telemetry | 246 Hickory Heights Dr | Bridgeville, PA 15017–1083 |
| 17442491 | Woodstream | 29 E King St | Lancaster, PA 17602–2852 |
| 17442493 | X–ION | 10789 W Parkhill Ave | Littleton, CO 80127–5552 |
| 17442494 | Yum Connect, LLC | 3301 Stober Ave | Louisville, KY 40213–1890 |
| 17442338 | allMETEO | 2011 Michael Ln | Schenectady, NY 12306–1033 |
| 17442370 | foresight–ai inc | 14803 Forest Rd Unit 266 | Forest, VA 24551–9010 |
| 17442439 | sensohive | Wichmandsgade / DK | |

TOTAL: 169