| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Sigfox USA LLC<br>Name | EIN: | 36–4828178 |
| United States Bankruptcy Court   District of Delaware | | Date case filed for chapter: | 7    3/31/22 |
| Case number:   22-10275-MFW | | | |

## Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | |
|---|---|---|
| **1. Debtor's full name** | Sigfox USA LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 33 Arch St.<br>Fl. 17<br>Boston, MA 02110-1424 | |
| **4. Debtor's attorney**<br>Name and address | Christopher Page Simon<br>Cross & Simon, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19899 | Contact phone 302–777–4200<br><br>Email:  csimon@crosslaw.com |
| **5. Bankruptcy trustee**<br>Name and address | George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103-2110 | Contact phone 215–561–0950<br><br>Email:  gmiller@mctllp.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302–252–2900<br><br>Date: 4/1/22 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 28, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**844 King Street, Room 3209, Wilmington, DE 19801** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                page 1

United States Bankruptcy Court

District of Delaware

In re:  Case No. 22-10275-MFW

Sigfox USA LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 4

Date Rcvd: Apr 01, 2022      Form ID: 309C      Total Noticed: 144

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sigfox USA LLC, 33 Arch St., Fl. 17, Boston, MA 02110-1424 |
| aty | | Kevin Scott Mann, Cross & Simon, LLC, 1105 N. Market Street, Suite 901, P.O. Box 1380, Wilmington, DE 19899-1380 |
| 17442334 | #+ | AIUT Inc., 5 Century Dr, Greenville, SC 29607-1572 |
| 17442337 | | ALIZENT - AIR LIQUIDE, 9807 Katy Fwy, Houston, TX 77024-1275 |
| 17442340 | | ALPS Electric NA, 1500 Atlantic Blvd, Auburn Hills, MI 48326-1500 |
| 17442342 | + | APEX-PR, B5 Calle Tabonuco #134, Guaynabo, Puerto Rico 00968-3004 |
| 17442345 | | AURORA INSIGHT INC, 3001 Brighton Blvd, Denver, CO 80216-5077 |
| 17442331 | | Accuhealth, 200 S 10th St Ste 103, McAllen, TX 78501-4877 |
| 17442332 | | AgConix Inc, 157 E Front St, Hazen, AR 72064 |
| 17442333 | | Air0, Lapinlahdenkatu Helsinki Finland Proper |
| 17442335 | | Albino Mambas, 4740 E Bermuda St, Tucson, AZ 85712-2053 |
| 17442336 | | Alex Austin, 6000 NE 22nd Way Apt 1D, Fort Lauderdale, FL 33308-2233 |
| 17442339 | | Alok Mishra, 2516 Harlow Ln, San Ramon, CA 94582-5795 |
| 17442341 | | Ammon & Rizos Co, Hidalgo, TX 78557 |
| 17442343 | | AtCreate Inc, 325 Edgeview Pl, Calgary, Alberta, T3A 4X4, Canada |
| 17442344 | | Atmosphere IoT Corp, 500 N McBride St, Syracuse, NY 13203-1913 |
| 17442347 | | Bemis Manufacturing, 300 Mill St, Sheboygan Falls, WI 53085-1807 |
| 17442348 | | Bonafide Management Systems, 241 Lombard St, Thousand Oaks, CA 91360-5807 |
| 17442349 | | Box ID Systems Gmbh, 761 Lake Rd S, Mobile, AL 36601 |
| 17442350 | | Brandenburg, 3780 Rider Trl S, Earth City, MO 63045-1113 |
| 17442351 | | BuildingLink, 85 5th Ave Fl 3, New York, NY 10003-3019 |
| 17442352 | | CAMCON Technologies Group Inc., 19011 Ninth Line, Mt Albert, Ontario, L0G 1 |
| 17442355 | | CCEI INC, 4295 rue d'Iberville, Montreal Quebec H2H |
| 17442358 | | CM Telematics, 101 Main St, Cambridge, MA 02142-1519 |
| 17442359 | | COBAMA, 511000 Legaria, Mexico |
| 17442361 | | CONNECTED FINLAND, Hytmntie 6 / 33880, Lempl / FI |
| 17442362 | | CONNECTED INVENTIONS OY, Metsnneidonkuja 12 / 02130, Espoo / FI |
| 17442354 | + | Catalyst Business Partners LLC, 6203 San Ignacio Ave, San Jose, CA 95119-1358 |
| 17442357 | | Chawqi Boutebiba, 507 E 176th St Apt 404, Bronx, NY 10457-6234 |
| 17442360 | | Comptus, 202 Tamarack Rd, Thornton, NH 03285-6867 |
| 17442363 | | Courageous Sailing, 115 Ellery St Apt 1, Cambridge, MA 02138-4313 |
| 17442364 | | DAHULT, 1925 N Maud Ave # 2, Chicago, IL 60614-8148, DC WATER & SEWER AUTHORITY, 5000 Overlook Ave SW Washington, DC 20032-5212 |
| 17442365 | | DHL Express, 16855 Northchase Dr Ste 400, Houston, TX 77060-6006 |
| 17442366 | | DIGI-KEY ELECTRONICS, Theresienhoehe Munich 80339 Germany |
| 17442679 | + | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17442369 | | Federal Express Corporation, PO Box 371741, Pittsburgh, PA 15250-7741 |
| 17442371 | | Fox-Tech Technology Co., 2352 San Juan Rd, Aromas, CA 95004-9100 |
| 17442373 | | GEODIS Wilson USA LLC, 2000 Arthur Ave Ste A, Elk Grove Village, IL 60007-6028 |
| 17442374 | | GLEN CANYON CORPORATION, 498 Glen Canyon Ct, Santa Cruz, CA 95060-1655 |
| 17442372 | | Garrett Technologies Inc., 1955 Techny Rd, Northbrook, IL 60062-5359 |
| 17442377 | | Gloucester Innovation LLC, 8 Hesperus Cir, Gloucester, MA 01930-5205 |
| 17442378 | | Good Peddels, LLC, 13123 E Emerald Coast Pkwy, Inlet Beach, FL 32461-9604 |

District/off: 0311-1 | User: admin | Page 2 of 4
Date Rcvd: Apr 01, 2022 | Form ID: 309C | Total Noticed: 144

| | | |
|---|---|---|
| 17442379 | | Handyman Express, 10 Canterbury Hill Rd, Topsfield, MA 01983-1522 |
| 17442380 | | Hobbyist, 1594 Willowdale Dr, San Jose, CA 95118-1345 |
| 17442381 | | Hygio, 396 Washington St Ste 321, Wellesley, MA 02481-6209 |
| 17442382 | | Hyperion Partners, 7485 W Badura Ave Ste 101, Las Vegas, NV 89044 |
| 17442384 | | Intech Medical Wayvio, 10325 58th Pl, Kenosha, WI 53144-7872 |
| 17442385 | | IoT Metrology Solutions Meter Systems, 5274 Scotts Valley Dr Ste 107, Scotts Valley, CA 95066-3538 |
| 17442386 | | JustDesign Cooperative, 1839 S Troy St, Chicago, IL 60623-2262 |
| 17442389 | | Kryton International Inc, 1645 East Kent Ave North, Vancouver British Columbia, Canada |
| 17442392 | | La Loma Projects Canada Corp, f#vr-76 RAINIER PLACE, Vancouver British Columbia, Canada |
| 17442393 | | Last Mile Technology, LLC, 7010 W 107th St, Overland Park, KS 66212-1810 |
| 17442394 | | Libelula, 14401 Export Rd, Laredo, TX 78045-7945 |
| 17442395 | | Linde Digital, 175 E Park Dr, Tonawanda, NY 14150-7844 |
| 17442396 | | Lockdown Inc, 2381 Rockaway Industrial Blvd NW, Conyers, GA 30012-3494 |
| 17442397 | | Losant IOT, INC, 1100 Sycamore St, Cincinnati, OH 45202-1361 |
| 17442400 | | MCCI Corporation, 3520 Krums Corners Rd # 9169, Ithaca, NY 14850-9169 |
| 17442407 | | MOUSER ELECTRONICS, 1000 N Main St, Mansfield, TX 76063-1514 |
| 17442399 | + | Mazzetti, Inc, 220 Montgomery St Ste 650, San Francisco, CA 94104-3491 |
| 17442401 | | Me Avisa, Rua Joinville 89237-430, Brazil |
| 17442402 | #+ | Michael Tenbrock, PO Box 935, Savage, MD 20763-0935 |
| 17442403 | | Minerva Automation, Inc, 1600 Parkwood Cir SE, Atlanta, GA 30339-2119 |
| 17442404 | | MobiniSoft, 12917 Circle Dr, Rockville, MD 20850-3718 |
| 17442405 | | Mopeka Products, LLC Jonathan Kaufmann, 327 Pagoda Oak, San Antonio, TX 78230-5619 |
| 17442406 | + | Motivate International, Inc, 220 36th St Ste 3A, Brooklyn, NY 11232-2413 |
| 17442408 | | NANOTHINGS INC, 1141 Humboldt St, Santa Rosa, CA 95404-3324 |
| 17442409 | | Nextop Corp, 7901 4th Street 300 St, Saint Petersburg, FL 33702 |
| 17442410 | | NorCal High School Cycling Leauge, 1141 Humboldt St, Santa Rosa, CA 95404-3324 |
| 17442412 | | Optimaze Inc, 156 2nd St, San Francisco, CA 94105-3724 |
| 17442413 | | Outfront Media LLC, New York, NY 10013 |
| 17442418 | | PFK Electronics, 488 Umbilo Rd, Durban 4001 South Africa |
| 17442420 | | PIZZA HUT SINGAPORE PTE LTD, 61 TAI SENG AVENUE / SINGAPORE 534167 / |
| 17442421 | | PNI Sensor Corporation, 2331 Circadian Way, Santa Rosa, CA 95407-5437 |
| 17442423 | | PRICE WATER HOUSE COOPERS, 300 Madison Ave, New York, NY 10017-6232 |
| 17442414 | | Pacific Rim Consulting Group, 1776 Park Ave, Park City, UT 84060-5148 |
| 17442415 | | Parapraxis AgN LLC, 649 Reeves St Unit 5318, Woodstock, GA 30188-1879 |
| 17442422 | | Praxair US, 125 Lincoln Blvd, Kenmore, NY 14217-2349 |
| 17442424 | | Prototype House, 2140 S Dixie Hwy, Miami, FL 33133-2463 |
| 17442429 | | REFACTORY, 451 Washington Ave, Brooklyn, NY 11238-1836 |
| 17442425 | | Radio Bridge Inc., 6272 Boone Ave N, Minneapolis, MN 55428-2729 |
| 17442426 | | Range Technologies, Inc, 4915 Hampden Ln Unit 609, Bethesda, MD 20814-3710 |
| 17442428 | | Raymar Information Technology, Inc., 7325 Roseville Rd, Sacramento, CA 95842-1600 |
| 17442430 | | Retail Innovation Solutions LLC, 15750 N 102nd St, Scottsdale, AZ 85255-8618 |
| 17442431 | | Ridaro Inc, 2008 N Goldenrod Rd, Orlando, FL 32807-8544 |
| 17442432 | | Romek, 12 Alexis Ln, Sandown, NH 03873-2167 |
| 17442433 | | Rubit, LLC, 7600 Ambergate Pl Apt F202, Riverside, CA 92504-2668 |
| 17442438 | | SENSEABILITY SOLUTIONS INC, 373 Weatherstone Pl, Alpharetta, GA 30004-5705 |
| 17442444 | | SIGFOX FRANCE SAS, 425 Jean Rostand Labege, 31670 France |
| 17442445 | | SIGFOX INC, 33 Arch St, Boston, MA 02110-1424 |
| 17442446 | | SIGFOX INC, 11450 Pagemill Rd, Dallas, TX 75243-5506 |
| 17442447 | # | SIGFOX NIP, 33 Arch St Fl 17, Boston, MA 02110-1424 |
| 17442448 | | SIGFOX SPAIN, Calle Velazquez Madrid, Madrid 28020 Spain |
| 17442434 | | Schneider Electric NA, 800 Federal St, Andover, MA 01810-1067 |
| 17442435 | | Secufy GmbH, Weidmannstrasse Mainz, 55131 Germany |
| 17442436 | | Seecago, Inc, 3690 Airport Rd, Boca Raton, FL 33431-6454 |
| 17442437 | | Semios Technologies INC, 101-887 Great Northen way, Vancouver British Columbia, Canada |
| 17442441 | | Services For All Generations, 3560 SE 79th Ave, Portland, OR 97206-2372 |
| 17442442 | | ShadowTrack247, 45 Park Ridge Dr, Fletcher, NC 28732-9339 |
| 17442443 | | Sierra Medical International, 15 Hammond Ste 311, Irvine, CA 92618-1634 |
| 17442451 | | Smart Yields Inc., 2909 Waialae Ave # 18, Honolulu, HI 96826-1833 |
| 17442452 | #+ | Soracom Global, Inc, 10400 NE 4th St Fl 5, Bellevue, WA 98004-5175 |
| 17442453 | + | Spectrum, 3600 Thayer Ct, Aurora, IL 60504-6709 |
| 17442454 | | Spiwil Technologies LLC, 2541 Hyde Manor Dr NW, Atlanta, GA 30327-1131 |
| 17442456 | | State University of New York at Buffalo, 418 Crofts Hall, Buffalo, NY 14260-7003 |
| 17442457 | | Tago LLC, 1017 Main Campus Dr Ste 2300, Raleigh, NC 27606-5512 |

Case 22-10275-MFW    Doc 6    Filed 04/03/22    Page 4 of 5

| District/off: 0311-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 309C | Total Noticed: 144 |

| Recip ID | | Recipient |
|---|---|---|
| 17442458 | + | Tenaris Koppel Steel, 6403 6th Ave, Koppel, PA 16136-1151 |
| 17442460 | # | The Climate Corporation, 201 3rd St Ste 1100, San Francisco, CA 94103-3149 |
| 17442461 | | The GoodYear Tire & Company, 200 E Innovation Way, Akron, OH 44316-0001 |
| 17442462 | | The Minte, 30 W Superior St Fl 2, Chicago, IL 60654 |
| 17442463 | | The University of Tulsa, 1204 S Harvard Ave, Tulsa, OK 74112-4916 |
| 17442464 | | The Wireless Registry, 1015 15th St, Washington, DC 20011 |
| 17442466 | | Timbergrove Solutions, 3302 Canal St, Houston, TX 77003-1832 |
| 17442467 | | Touchworks, 11956 Mil Pitrero Rd, San Diego, CA 92128-5282 |
| 17442468 | | Traksens Inc., 14155 Pontlavoy Ave # Santa Fe, Santa Fe Springs, CA 90670-4934 |
| 17442469 | | True Trax, 888 W E St, San Diego, CA 92101-5912 |
| 17442475 | | US CUBED, 1250 Pioneer Way, El Cajon, CA 92020-1674 |
| 17442476 | + | US GlobalSat, 14740 Yorba Court, Chino, CA 91710-9210 |
| 17442470 | | Ubees Inc., 33 E 17th St, New York, NY 10003-2005 |
| 17442471 | | Unified Business Technologies, Inc., 353 Indusco Ct, Troy, MI 48083-4646 |
| 17442472 | | University of Chicago, PO Box 1017, South Bend, IN 46624-1017 |
| 17442473 | | University of Colorado, 4001 Discovery Dr, Boulder, CO 80303-7817 |
| 17442474 | | University of Nebraska at Omaha, 172C The Peter Kiewit Institute, Omaha, NE 68101 |
| 17442477 | | Utility Systems Science & Software, 601 Parkcenter Dr, Santa Ana, CA 92705-3522 |
| 17442478 | | Vallourec, 2107 Citywest Blvd, Houston, TX 77042-2827 |
| 17442479 | | Veerum Inc., 525 8 Ave SW #3400, Calgary Alberta T2P 1, Canada |
| 17442480 | | Version 2.0 Communications, LLC, 500 Harrison Ave Ste 401R, Boston, MA 02118-2872 |
| 17442490 | | WOLFSDORF ROSENTHAL LLP, 1416 2nd St, Santa Monica, CA 90401-2302 |
| 17442492 | | WP Engine, 504 Lavaca St Ste 1000, Austin, TX 78701-2857 |
| 17442481 | | Walt Disney Attractions Technology LLC, 1375 E Buena Vista Dr Fl 4, Orlando, FL 32830-8402 |
| 17442484 | | WeRadiate, 2655 Millersport Hwy, Getzville, NY 14068-7099 |
| 17442483 | + | Webee Corporation, 205 Ravendale Drive Mtn, Mountain View, CA 94043-5216 |
| 17442485 | | White River Irrigation District, 207 E Front St, Hazen, AR 72064-8255 |
| 17442486 | | White Water Irrigation District, 157 E Front St, Hazen, AR 72064 |
| 17442487 | | WindSmart LLC, 3716 Ingersoll Ave, Des Moines, IA 50312-3440 |
| 17442489 | | Wise Telemetry, 246 Hickory Heights Dr, Bridgeville, PA 15017-1083 |
| 17442491 | | Woodstream, 29 E King St, Lancaster, PA 17602-2852 |
| 17442493 | | X-ION, 10789 W Parkhill Ave, Littleton, CO 80127-5552 |
| 17442494 | | Yum Connect, LLC, 3301 Stober Ave, Louisville, KY 40213-1890 |
| 17442338 | | allMETEO, 2011 Michael Ln, Schenectady, NY 12306-1033 |
| 17442370 | | foresight-ai inc, 14803 Forest Rd Unit 266, Forest, VA 24551-9010 |

TOTAL: 140

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: csimon@crosslaw.com | Apr 01 2022 22:08:00 | Christopher Page Simon, Cross & Simon, LLC, 1105 North Market Street, Suite 901, Wilmington, DE 19899 |
| tr | EDI: BGLMILLER | Apr 02 2022 01:48:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 17442329 | Email/Text: gbielski@aafcpa.com | Apr 01 2022 22:08:00 | AAFCPAs, 50 Washington St, Westborough, MA 01581-1013 |
| 17442679 | + Email/Text: michael.brittingham@delaware.gov | Apr 01 2022 22:09:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17442678 | + Email/Text: REV_Bankruptcy_General@state.de.us | Apr 01 2022 22:10:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0311-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 309C | Total Noticed: 144 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17442330 | | Absolute Reports, Baner Road, 411045 IN, |
| 17442346 | | Ayga, Theodomiro Proto da Fonseca Ave 3101 / 9 |
| 17442356 | | CCP TECHNOLOGIES LTD, Suite 202 22 St Kilda Road, St Kilda Vict |
| 17442375 | | Global Eletronics Industria Comercio, 92718-065 / BR |
| 17442383 | | INT FOOD SERVICES CORP SA, y Amazonas Edif. Belmonte 126 / 170507 Q |
| 17442388 | | Kirz Internet, TH |
| 17442398 | | Maturix ApS, Thomas B. Thrigesgade 42B, st. Odense |
| 17442411 | | NXT-IoT, AVENIDA MICHOACAN HIPODROMO Ciudad de Me |
| 17442419 | | PIP IOT, 404 BARBADOES STREET / CANTERBURY 8013 / |
| 17442417 | | Pest Pulse Limited, Anne Brady McQuillans DFK, Iveagh Court,, Dublin 2 Dublin D02R640 , |
| 17442427 | | Ratsense, Hawthorn / SG |
| 17442449 | | SIGFROG S.R.O. IO FROG, Novoveska 42 17/35 / 400 03, Usti nad Lab |
| 17442440 | | Sensolus NV, Rijsenbergstraat 148 / 9000 Ghent / BE |
| 17442450 | | Simple Hardware, Nad Spadem 12 / 147 00, Prague / CZ |
| 17442455 | | Sqwidsol, 96 Koranna Avenue /, Doringkloof / ZA |
| 17442465 | | THINXTRA LTD, 53 Berry Street, Suite 6.01, North Sydney, Australia |
| 17442488 | | Wise Ally Holdings Limited, 38 Wang Chiu Road / Kowloon Bay / HK |
| 17442439 | | sensohive, Wichmandsgade / DK |
| 17442353 | ## | Cardiac Science Corporation, N7W22025 Johnson Dr, Waukesha, WI 53186-1856 |
| 17442367 | ## | EXOSITE, 275 Market St Ste 535, Minneapolis, MN 55405-1650 |
| 17442368 | ##+ | FAT Mongoose Technologies Inc, 85 Northwest Blvd, Nashua, NH 03063-4013 |
| 17442376 | ## | Global Quality Corp, 200 W Pike St Ste 500, Covington, KY 41011-2370 |
| 17442387 | ## | K&M Systems Inc., 2168 Balboa Ave, San Diego, CA 92109-4600 |
| 17442390 | ##+ | KS TECHNOLOGIES LLC, 1910 Vindicator Dr # Colorado, Colorado Springs, CO 80919-3618 |
| 17442391 | ##+ | KS TECHNOLOGIES LLC, 1910 Vindicator Dr, Colorado Springs, CO 80919-3618 |
| 17442416 | ## | PECO Pallets, 2 Bridge St Ste 210, Irvington, NY 10533-1594 |
| 17442459 | ##+ | Tetra West Technology, Inc, 11875 W Little York Rd, Houston, TX 77041-4738 |
| 17442482 | ## | Water Cents LLC, 2931 Melanie Ln, Oakton, VA 22124-1812 |

TOTAL: 18 Undeliverable, 0 Duplicate, 10 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Page Simon | on behalf of Debtor Sigfox USA LLC csimon@crosslaw.com  smacdonald@crosslaw.com |
| George L. Miller | gmiller@mctllp.com  lcromley@mctllp.com;msilveira@mctllp.com;de22@ecfcbis.com |
| Kevin Scott Mann | on behalf of Debtor Sigfox USA LLC kmann@crosslaw.com  smacdonald@crosslaw.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 4