### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

IN RE:

    Sigfox USA LLC

            Debtor(s)

Case No. 22-10275-MFW

Chapter 7

### <u>NOTICE OF TELEPHONIC 341 MEETING</u>

       PLEASE TAKE NOTICE the Section 341 First Meeting of Creditors (the "<u>Meeting</u>") scheduled for the subject debtor will be held telephonically on 04/28/2022 at 10:00 AM.  Parties wishing to participate in the section 341 meeting should use the following dial in instructions:

       The call-in number for Trustee Miller is **1-888-456-5124**.

       Participant Passcode:  **4466989#**

**Joining a conference:**

1. Call in at least 10 minutes before your scheduled meeting time.
2. You must use a touch-tone phone.
3. If you have a choice, use a landline phone, instead of a cell phone.
4. Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
5. Make the call from a quiet area where there is as little background noise as possible.
6. Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
7. Unmute your phone when the trustee calls your case so that the trustee can hear you.
8. Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.
9. When speaking, identify yourself.
10. Do not put the phone on hold at any time after the call is connected.
11. Once your meeting of creditors is finished, hang up.
12. If you become disconnected before your meeting of creditors is finished, call back.
13. If you are calling in from another country, please see the additional information available at the following link:

    https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to

the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors.  These documents should include information sufficient for the trustee to verify the debtor's SSN.  Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

Dated: <u>April 1, 2022</u>                    */s/ George L. Miller*
                                         George L. Miller
                                         1628 John F. Kennedy Blvd.
                                         Suite 950
                                         Philadelphia, PA 19103
                                         (215) 561-0950
                                         Trustee in Bankruptcy

United States Bankruptcy Court
District of Delaware

In re:                                                                          Case No. 22-10275-MFW
Sigfox USA LLC                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                    User: admin                             Page 1 of 4
Date Rcvd: Apr 01, 2022                 Form ID: pdf341                          Total Noticed: 141

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sigfox USA LLC, 33 Arch St., Fl. 17, Boston, MA 02110-1424 |
| 17442334 | #+ | AIUT Inc., 5 Century Dr, Greenville, SC 29607-1572 |
| 17442337 | | ALIZENT - AIR LIQUIDE, 9807 Katy Fwy, Houston, TX 77024-1275 |
| 17442340 | | ALPS Electric NA, 1500 Atlantic Blvd, Auburn Hills, MI 48326-1500 |
| 17442342 | + | APEX-PR, B5 Calle Tabonuco #134, Guaynabo, Puerto Rico 00968-3004 |
| 17442345 | | AURORA INSIGHT INC, 3001 Brighton Blvd, Denver, CO 80216-5077 |
| 17442331 | | Accuhealth, 200 S 10th St Ste 103, McAllen, TX 78501-4877 |
| 17442332 | | AgConix Inc, 157 E Front St, Hazen, AR 72064 |
| 17442333 | | Air0, Lapinlahdenkatu Helsinki Finland Proper |
| 17442335 | | Albino Mambas, 4740 E Bermuda St, Tucson, AZ 85712-2053 |
| 17442336 | | Alex Austin, 6000 NE 22nd Way Apt 1D, Fort Lauderdale, FL 33308-2233 |
| 17442339 | | Alok Mishra, 2516 Harlow Ln, San Ramon, CA 94582-5795 |
| 17442341 | | Ammon & Rizos Co, Hidalgo, TX 78557 |
| 17442343 | | AtCreate Inc, 325 Edgeview Pl, Calgary, Alberta, T3A 4X4, Canada |
| 17442344 | | Atmosphere IoT Corp, 500 N McBride St, Syracuse, NY 13203-1913 |
| 17442347 | | Bemis Manufacturing, 300 Mill St, Sheboygan Falls, WI 53085-1807 |
| 17442348 | | Bonafide Management Systems, 241 Lombard St, Thousand Oaks, CA 91360-5807 |
| 17442349 | | Box ID Systems Gmbh, 761 Lake Rd S, Mobile, AL 36601 |
| 17442350 | | Brandenburg, 3780 Rider Trl S, Earth City, MO 63045-1113 |
| 17442351 | | BuildingLink, 85 5th Ave Fl 3, New York, NY 10003-3019 |
| 17442352 | | CAMCON Technologies Group Inc., 19011 Ninth Line, Mt Albert, Ontario, L0G 1 |
| 17442355 | | CCEI INC, 4295 rue d'Iberville, Montreal Quebec H2H |
| 17442358 | | CM Telematics, 101 Main St, Cambridge, MA 02142-1519 |
| 17442359 | | COBAMA, 511000 Legaria, Mexico |
| 17442361 | | CONNECTED FINLAND, Hytmntie 6 / 33880, Lempl / FI |
| 17442362 | | CONNECTED INVENTIONS OY, Metsnneidonkuja 12 / 02130, Espoo / FI |
| 17442354 | + | Catalyst Business Partners LLC, 6203 San Ignacio Ave, San Jose, CA 95119-1358 |
| 17442357 | | Chawqi Boutebiba, 507 E 176th St Apt 404, Bronx, NY 10457-6234 |
| 17442360 | | Comptus, 202 Tamarack Rd, Thornton, NH 03285-6867 |
| 17442363 | | Courageous Sailing, 115 Ellery St Apt 1, Cambridge, MA 02138-4313 |
| 17442364 | | DAHULT, 1925 N Maud Ave # 2, Chicago, IL 60614-8148, DC WATER & SEWER AUTHORITY, 5000 Overlook Ave SW Washington, DC 20032-5212 |
| 17442365 | | DHL Express, 16855 Northchase Dr Ste 400, Houston, TX 77060-6006 |
| 17442366 | | DIGI-KEY ELECTRONICS, Theresienhoehe Munich 80339 Germany |
| 17442679 | + | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17442369 | | Federal Express Corporation, PO Box 371741, Pittsburgh, PA 15250-7741 |
| 17442371 | | Fox-Tech Technology Co., 2352 San Juan Rd, Aromas, CA 95004-9100 |
| 17442373 | | GEODIS Wilson USA LLC, 2000 Arthur Ave Ste A, Elk Grove Village, IL 60007-6028 |
| 17442374 | | GLEN CANYON CORPORATION, 498 Glen Canyon Ct, Santa Cruz, CA 95060-1655 |
| 17442372 | | Garrett Technologies Inc., 1955 Techny Rd, Northbrook, IL 60062-5359 |
| 17442377 | | Gloucester Innovation LLC, 8 Hesperus Cir, Gloucester, MA 01930-5205 |
| 17442378 | | Good Peddels, LLC, 13123 E Emerald Coast Pkwy, Inlet Beach, FL 32461-9604 |
| 17442379 | | Handyman Express, 10 Canterbury Hill Rd, Topsfield, MA 01983-1522 |

| | | |
|---|---|---|
| 17442380 | | Hobbyist, 1594 Willowdale Dr, San Jose, CA 95118-1345 |
| 17442381 | | Hygio, 396 Washington St Ste 321, Wellesley, MA 02481-6209 |
| 17442382 | | Hyperion Partners, 7485 W Badura Ave Ste 101, Las Vegas, NV 89044 |
| 17442384 | | Intech Medical Wayvio, 10325 58th Pl, Kenosha, WI 53144-7872 |
| 17442385 | | IoT Metrology Solutions Meter Systems, 5274 Scotts Valley Dr Ste 107, Scotts Valley, CA 95066-3538 |
| 17442386 | | JustDesign Cooperative, 1839 S Troy St, Chicago, IL 60623-2262 |
| 17442389 | | Kryton International Inc, 1645 East Kent Ave North, Vancouver British Columbia, Canada |
| 17442392 | | La Loma Projects Canada Corp, f#vr-76 RAINIER PLACE, Vancouver British Columbia, Canada |
| 17442393 | | Last Mile Technology, LLC, 7010 W 107th St, Overland Park, KS 66212-1810 |
| 17442394 | | Libelula, 14401 Export Rd, Laredo, TX 78045-7945 |
| 17442395 | | Linde Digital, 175 E Park Dr, Tonawanda, NY 14150-7844 |
| 17442396 | | Lockdown Inc, 2381 Rockaway Industrial Blvd NW, Conyers, GA 30012-3494 |
| 17442397 | | Losant IOT, INC, 1100 Sycamore St, Cincinnati, OH 45202-1361 |
| 17442400 | | MCCI Corporation, 3520 Krums Corners Rd # 9169, Ithaca, NY 14850-9169 |
| 17442407 | | MOUSER ELECTRONICS, 1000 N Main St, Mansfield, TX 76063-1514 |
| 17442399 | + | Mazzetti, Inc, 220 Montgomery St Ste 650, San Francisco, CA 94104-3491 |
| 17442401 | | Me Avisa, Rua Joinville 89237-430, Brazil |
| 17442402 | #+ | Michael Tenbrock, PO Box 935, Savage, MD 20763-0935 |
| 17442403 | | Minerva Automation, Inc, 1600 Parkwood Cir SE, Atlanta, GA 30339-2119 |
| 17442404 | | MobiniSoft, 12917 Circle Dr, Rockville, MD 20850-3718 |
| 17442405 | | Mopeka Products, LLC Jonathan Kaufmann, 327 Pagoda Oak, San Antonio, TX 78230-5619 |
| 17442406 | + | Motivate International, Inc, 220 36th St Ste 3A, Brooklyn, NY 11232-2413 |
| 17442408 | | NANOTHINGS INC, 1141 Humboldt St, Santa Rosa, CA 95404-3324 |
| 17442409 | | Nextop Corp, 7901 4th Street 300 St, Saint Petersburg, FL 33702 |
| 17442410 | | NorCal High School Cycling Leauge, 1141 Humboldt St, Santa Rosa, CA 95404-3324 |
| 17442412 | | Optimaze Inc, 156 2nd St, San Francisco, CA 94105-3724 |
| 17442413 | | Outfront Media LLC, New York, NY 10013 |
| 17442418 | | PFK Electronics, 488 Umbilo Rd, Durban 4001 South Africa |
| 17442420 | | PIZZA HUT SINGAPORE PTE LTD, 61 TAI SENG AVENUE / SINGAPORE 534167 / |
| 17442421 | | PNI Sensor Corporation, 2331 Circadian Way, Santa Rosa, CA 95407-5437 |
| 17442423 | | PRICE WATER HOUSE COOPERS, 300 Madison Ave, New York, NY 10017-6232 |
| 17442414 | | Pacific Rim Consulting Group, 1776 Park Ave, Park City, UT 84060-5148 |
| 17442415 | | Parapraxis AgN LLC, 649 Reeves St Unit 5318, Woodstock, GA 30188-1879 |
| 17442422 | | Praxair US, 125 Lincoln Blvd, Kenmore, NY 14217-2349 |
| 17442424 | | Prototype House, 2140 S Dixie Hwy, Miami, FL 33133-2463 |
| 17442429 | | REFACTORY, 451 Washington Ave, Brooklyn, NY 11238-1836 |
| 17442425 | | Radio Bridge Inc., 6272 Boone Ave N, Minneapolis, MN 55428-2729 |
| 17442426 | | Range Technologies, Inc, 4915 Hampden Ln Unit 609, Bethesda, MD 20814-3710 |
| 17442428 | | Raymar Information Technology, Inc., 7325 Roseville Rd, Sacramento, CA 95842-1600 |
| 17442430 | | Retail Innovation Solutions LLC, 15750 N 102nd St, Scottsdale, AZ 85255-8618 |
| 17442431 | | Ridaro Inc, 2008 N Goldenrod Rd, Orlando, FL 32807-8544 |
| 17442432 | | Romek, 12 Alexis Ln, Sandown, NH 03873-2167 |
| 17442433 | | Rubit, LLC, 7600 Ambergate Pl Apt F202, Riverside, CA 92504-2668 |
| 17442438 | | SENSEABILITY SOLUTIONS INC, 373 Weatherstone Pl, Alpharetta, GA 30004-5705 |
| 17442444 | | SIGFOX FRANCE SAS, 425 Jean Rostand Labege, 31670 France |
| 17442445 | | SIGFOX INC, 33 Arch St, Boston, MA 02110-1424 |
| 17442446 | | SIGFOX INC, 11450 Pagemill Rd, Dallas, TX 75243-5506 |
| 17442447 | # | SIGFOX NIP, 33 Arch St Fl 17, Boston, MA 02110-1424 |
| 17442448 | | SIGFOX SPAIN, Calle Velazquez Madrid, Madrid 28020 Spain |
| 17442434 | | Schneider Electric NA, 800 Federal St, Andover, MA 01810-1067 |
| 17442435 | | Secufy GmbH, Weidmannstrasse Mainz, 55131 Germany |
| 17442436 | | Seecago, Inc, 3690 Airport Rd, Boca Raton, FL 33431-6454 |
| 17442437 | | Semios Technologies INC, 101-887 Great Northen way, Vancouver British Columbia, Canada |
| 17442441 | | Services For All Generations, 3560 SE 79th Ave, Portland, OR 97206-2372 |
| 17442442 | | ShadowTrack247, 45 Park Ridge Dr, Fletcher, NC 28732-9339 |
| 17442443 | | Sierra Medical International, 15 Hammond Ste 311, Irvine, CA 92618-1634 |
| 17442451 | | Smart Yields Inc., 2909 Waialae Ave # 18, Honolulu, HI 96826-1833 |
| 17442452 | #+ | Soracom Global, Inc, 10400 NE 4th St Fl 5, Bellevue, WA 98004-5175 |
| 17442453 | + | Spectrum, 3600 Thayer Ct, Aurora, IL 60504-6709 |
| 17442454 | | Spiwil Technologies LLC, 2541 Hyde Manor Dr NW, Atlanta, GA 30327-1131 |
| 17442456 | | State University of New York at Buffalo, 418 Crofts Hall, Buffalo, NY 14260-7003 |
| 17442457 | | Tago LLC, 1017 Main Campus Dr Ste 2300, Raleigh, NC 27606-5512 |
| 17442458 | + | Tenaris Koppel Steel, 6403 6th Ave, Koppel, PA 16136-1151 |

| | | |
|---|---|---|
| 17442460 | # | The Climate Corporation, 201 3rd St Ste 1100, San Francisco, CA 94103-3149 |
| 17442461 | | The GoodYear Tire & Company, 200 E Innovation Way, Akron, OH 44316-0001 |
| 17442462 | | The Minte, 30 W Superior St Fl 2, Chicago, IL 60654 |
| 17442463 | | The University of Tulsa, 1204 S Harvard Ave, Tulsa, OK 74112-4916 |
| 17442464 | | The Wireless Registry, 1015 15th St, Washington, DC 20011 |
| 17442466 | | Timbergrove Solutions, 3302 Canal St, Houston, TX 77003-1832 |
| 17442467 | | Touchworks, 11956 Mil Pitrero Rd, San Diego, CA 92128-5282 |
| 17442468 | | Traksens Inc., 14155 Pontlavoy Ave # Santa Fe, Santa Fe Springs, CA 90670-4934 |
| 17442469 | | True Trax, 888 W E St, San Diego, CA 92101-5912 |
| 17442475 | | US CUBED, 1250 Pioneer Way, El Cajon, CA 92020-1674 |
| 17442476 | + | US GlobalSat, 14740 Yorba Court, Chino, CA 91710-9210 |
| 17442470 | | Ubees Inc., 33 E 17th St, New York, NY 10003-2005 |
| 17442471 | | Unified Business Technologies, Inc., 353 Indusco Ct, Troy, MI 48083-4646 |
| 17442472 | | University of Chicago, PO Box 1017, South Bend, IN 46624-1017 |
| 17442473 | | University of Colorado, 4001 Discovery Dr, Boulder, CO 80303-7817 |
| 17442474 | | University of Nebraska at Omaha, 172C The Peter Kiewit Institute, Omaha, NE 68101 |
| 17442477 | | Utility Systems Science & Software, 601 Parkcenter Dr, Santa Ana, CA 92705-3522 |
| 17442478 | | Vallourec, 2107 Citywest Blvd, Houston, TX 77042-2827 |
| 17442479 | | Veerum Inc., 525 8 Ave SW #3400, Calgary Alberta T2P 1, Canada |
| 17442480 | | Version 2.0 Communications, LLC, 500 Harrison Ave Ste 401R, Boston, MA 02118-2872 |
| 17442490 | | WOLFSDORF ROSENTHAL LLP, 1416 2nd St, Santa Monica, CA 90401-2302 |
| 17442492 | | WP Engine, 504 Lavaca St Ste 1000, Austin, TX 78701-2857 |
| 17442481 | | Walt Disney Attractions Technology LLC, 1375 E Buena Vista Dr Fl 4, Orlando, FL 32830-8402 |
| 17442484 | | WeRadiate, 2655 Millersport Hwy, Getzville, NY 14068-7099 |
| 17442483 | + | Webee Corporation, 205 Ravendale Drive Mtn, Mountain View, CA 94043-5216 |
| 17442485 | | White River Irrigation District, 207 E Front St, Hazen, AR 72064-8255 |
| 17442486 | | White Water Irrigation District, 157 E Front St, Hazen, AR 72064 |
| 17442487 | | WindSmart LLC, 3716 Ingersoll Ave, Des Moines, IA 50312-3440 |
| 17442489 | | Wise Telemetry, 246 Hickory Heights Dr, Bridgeville, PA 15017-1083 |
| 17442491 | | Woodstream, 29 E King St, Lancaster, PA 17602-2852 |
| 17442493 | | X-ION, 10789 W Parkhill Ave, Littleton, CO 80127-5552 |
| 17442494 | | Yum Connect, LLC, 3301 Stober Ave, Louisville, KY 40213-1890 |
| 17442338 | | allMETEO, 2011 Michael Ln, Schenectady, NY 12306-1033 |
| 17442370 | | foresight-ai inc, 14803 Forest Rd Unit 266, Forest, VA 24551-9010 |

TOTAL: 139

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17442329 | | Email/Text: gbielski@aafcpa.com | Apr 01 2022 22:08:00 | AAFCPAs, 50 Washington St, Westborough, MA 01581-1013 |
| 17442679 | + | Email/Text: michael.brittingham@delaware.gov | Apr 01 2022 22:09:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17442678 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Apr 01 2022 22:10:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17442330 | | Absolute Reports, Baner Road, 411045 IN, |
| 17442346 | | Ayga, Theodomiro Proto da Fonseca Ave 3101 / 9 |
| 17442356 | | CCP TECHNOLOGIES LTD, Suite 202 22 St Kilda Road, St Kilda Vict |
| 17442375 | | Global Eletronics Industria Comercio, 92718-065 / BR |
| 17442383 | | INT FOOD SERVICES CORP SA, y Amazonas Edif. Belmonte 126 / 170507 Q |
| 17442388 | | Kirz Internet, TH |

| | | |
|---|---|---|
| 17442398 | | Maturix ApS, Thomas B. Thrigesgade 42B, st. Odense |
| 17442411 | | NXT-IoT, AVENIDA MICHOACAN HIPODROMO Ciudad de Me |
| 17442419 | | PIP IOT, 404 BARBADOES STREET / CANTERBURY 8013 / |
| 17442417 | | Pest Pulse Limited, Anne Brady McQuillans DFK, Iveagh Court,, Dublin 2 Dublin D02R640 , |
| 17442427 | | Ratsense, Hawthorn / SG |
| 17442449 | | SIGFROG S.R.O. IO FROG, Novoveska 42 17/35 / 400 03, Usti nad Lab |
| 17442440 | | Sensolus NV, Rijsenbergstraat 148 / 9000 Ghent / BE |
| 17442450 | | Simple Hardware, Nad Spadem 12 / 147 00, Prague / CZ |
| 17442455 | | Sqwidsol, 96 Koranna Avenue /, Doringkloof / ZA |
| 17442465 | | THINXTRA LTD, 53 Berry Street, Suite 6.01, North Sydney, Australia |
| 17442488 | | Wise Ally Holdings Limited, 38 Wang Chiu Road / Kowloon Bay / HK |
| 17442439 | | sensohive, Wichmandsgade / DK |
| 17442353 | ## | Cardiac Science Corporation, N7W22025 Johnson Dr, Waukesha, WI 53186-1856 |
| 17442367 | ## | EXOSITE, 275 Market St Ste 535, Minneapolis, MN 55405-1650 |
| 17442368 | ##+ | FAT Mongoose Technologies Inc, 85 Northwest Blvd, Nashua, NH 03063-4013 |
| 17442376 | ## | Global Quality Corp, 200 W Pike St Ste 500, Covington, KY 41011-2370 |
| 17442387 | ## | K&M Systems Inc., 2168 Balboa Ave, San Diego, CA 92109-4600 |
| 17442390 | ##+ | KS TECHNOLOGIES LLC, 1910 Vindicator Dr # Colorado, Colorado Springs, CO 80919-3618 |
| 17442391 | ##+ | KS TECHNOLOGIES LLC, 1910 Vindicator Dr, Colorado Springs, CO 80919-3618 |
| 17442416 | ## | PECO Pallets, 2 Bridge St Ste 210, Irvington, NY 10533-1594 |
| 17442459 | ##+ | Tetra West Technology, Inc, 11875 W Little York Rd, Houston, TX 77041-4738 |
| 17442482 | ## | Water Cents LLC, 2931 Melanie Ln, Oakton, VA 22124-1812 |

TOTAL: 18 Undeliverable, 0 Duplicate, 10 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022                          Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Page Simon | |
| | on behalf of Debtor Sigfox USA LLC csimon@crosslaw.com  smacdonald@crosslaw.com |
| George L. Miller | |
| | on behalf of Trustee George L. Miller gmiller@mctllp.com  lcromley@mctllp.com;msilveira@mctllp.com;de22@ecfcbis.com |
| George L. Miller | |
| | gmiller@mctllp.com  lcromley@mctllp.com;msilveira@mctllp.com;de22@ecfcbis.com |
| Kevin Scott Mann | |
| | on behalf of Debtor Sigfox USA LLC kmann@crosslaw.com  smacdonald@crosslaw.com |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 5